# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR., <br><br> Plaintiff, <br><br> v. <br><br> BRISTOL-MYERS SQUIBB, et al., <br><br> Defendants. | Case No. 1:17-cv-00556-AWI-SAB <br><br> ORDER REQUIRING PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE FILING FEE WITHIN FORTY-FIVE DAYS |

Plaintiff, Christopher Lipsey, Jr. is a state prisoner proceeding pro se in this action pursuant to 42 U.S.C. § 1983. On April 20, 2017, Plaintiff filed a complaint and a prisoner trust fund account statement. However, Plaintiff did not file an application to proceed in forma pauperis in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to send Plaintiff an application to proceed in forma pauperis by a prisoner;
2. Within forty-five (45) days from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;
3. No extension of time will be granted without a showing of good cause; and

///

1

4. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated: **April 21, 2017**

_____
UNITED STATES MAGISTRATE JUDGE